[No. 31393-0-III.   Division Three.   January 23, 2014.]

RAYMOND ROBINSON, *Appellant*, v. U.S. BANCORP, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-2-01255-3, Evan E. Sperline, J., entered December 18, 2013. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Fearing, JJ.

[No. 69061-2-I.   Division One.   January 27, 2014.]

*In the Matter of the Detention of* RICHARD A. RUDE.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-2-01534-8, John M. Meyer, J., entered June 22, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Spearman, J.

[No. 69175-9-I.   Division One.   January 27, 2014.]

*In the Matter of the Probate Estate of* ERNEST A. HOWISEY.

Appeal from a judgment of the Superior Court for King County, No. 07-4-04064-9, Kimberley Prochnau, J., entered June 29, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Verellen, JJ.

[No. 69256-9-I.   Division One.   January 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXFIELD P. DARE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01536-4, Michael J. Trickey, J., entered August 24, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Verellen, JJ.